U.S. Bankruptcy 5/20/2024
c/o Angela C Pattison

MAY 23 2024

Whom Concerns;

My Name is Christopher A. Organtini; I'd Appreciate Your Honor to Continue to Grant Me my Motion; To Stay.

My Bankruptcy Cases #24-11424 Which I Actually Started 2017, which was Dismissed, 2019

Re: I was Married 38 yrs before My Wife Dawn Organtini #17156 8183 Who was also on The Mortgage At 572 E. Main St Norristown Pa. 19401.... Where as she Decided to Walk out on April 1st 2016... I was Self Employed Since 2001..... Time of her (DAWN) Leaving I was Really Slow with Work... Dawn took her Money and Her Share of Payment's with her...

I was Incontact With Mortgage Co... (NO Help) after 21 yrs. of Payment's on time.. at 8.5%..... Therefore Payments (NOT AVAIBLe)

① of ②   ① →

C) # Case 24-11424                                                5/20/2024

Therefore Forced to Claim Bankruptcy 2017 - Which Only Got Dismissed 2019.... (with NO PREJUDICE) Meanwhile 2018 My 30 yr old Son Commits Suicide..... Still Slow working. 2020 Pandemic Hits.... (Stay Home stay safe) My Phone Stopped Ringing (NO WORK) In 2022 3wife (NEVER DIVORCED) Passes away Which also I turned 62... I Retired. But, had to go Social Security Office Every Monday 'Til I finally Started receiving SS# checks In June 2023..... Therefore Now I have Income $1153. Mthly. Also will Receive Pension From My Union In December 2025..... Approx another $850.- Which I'll be Comfortable...

3would like a (NEW UNESCROWED MORTGAGE) And live my life at 572 E. Main St. Norristown Pa 19401

Thank You

Sincerly

Mr. Christopher A. Argentine

P.S. IMINVESTED OVER
② $200,000.- PAYMENTS